**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| THOMAS CARL WOODS, | **)** |
| | **)** |
| *Plaintiff,* | **)** |
| | **)** |
| | **)** |
| v. | **)** No. 4:25-cv-01275-JMD |
| | **)** |
| FULTON RECEPTION DIAGNOSTIC | **)** |
| CENTER, | **)** |
| | **)** |
| *Defendant.* | **)** |
| | **)** |

**MEMORANDUM AND ORDER**

Plaintiff Thomas Carl Woods seeks leave to proceed *in forma pauperis* on appeal. ECF 14. In support of his motion, Woods filed a certified inmate account statement reflecting transaction activity from March 7, 2025, through September 7, 2025. ECF 15. The motion form requires a certified copy of his prisoner account statement "showing the amount of money on deposit during the last six (6) months." ECF 14 at 3. An authorized prison official must certify the copy as true and correct. *Id.* Because Woods filed his notice of appeal on March 27, 2026, his account statement must reflect transaction activity from September 27, 2025, through March 26, 2026. *See* 28 U.S.C. § 1915(a)(2) (requiring "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal").

The Court cannot determine Woods's eligibility for *in forma pauperis* status on this incomplete record. *See Hobson v. Schmitt*, No. 4:23-cv-00781-SRC, 2023 WL 4234550, at *3 (E.D. Mo. June 28, 2023) ("Without any financial information, the Court cannot determine whether plaintiff should be granted in forma pauperis status."). The Court therefore orders

1

Woods to file a certified inmate account statement reflecting transaction activity from September 27, 2025, through March 26, 2026.

**IT IS HEREBY ORDERED** that Woods shall, no later than June 15, 2026, file a certified copy of his prison account statement reflecting transaction activity from September 27, 2025, through March 26, 2026.  Failure to comply may result in the denial of his motion.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail Woods three (3) copies of this Memorandum and Order so that Woods may provide copies to the appropriate officials to obtain a certified copy of his account statement.

Dated this 14th day of May, 2026

_____

JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE
FOR THE EASTERN AND WESTERN
DISTRICTS OF MISSOURI

2